```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/30/2020___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Anthony McDonald,**

                         **Plaintiff,**

            **-against-**

**City of New York et al.,**

                         **Defendants.**

**1:20-cv-03889 (LTS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, January 5, 2021 at 10:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

The Court hereby notifies the parties that it intends to conduct the conference in this action in conjunction with conferences in the related cases in order to discuss the coordination of these proceedings to the extent practicable.

The Clerk if Court is directed to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:        New York, New York
              October 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge