# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ANTHONY MCDONALD

                              Plaintiff,                    20 **CIVIL** 3889 (LTS) (SDA)

                    -against-                      **JUDGMENT**

CITY OF NEW YORK et al.,

                           Defendants.

-------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated, June 3, 2021, the Court has reviewed Magistrate Judge Aaron's March 9, 2021, Report and Recommendation (the "Report") (docket entry no. 50) which recommends that the Court dismiss this case without prejudice for failure to prosecute. No objections to the Report have been received. The Court has reviewed carefully Magistrate Judge Aaron's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, this matter is dismissed without prejudice for failure to prosecute.

**Dated:** New York, New York
         June 3, 2021

                                                         **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                             **BY:**

                                                            **Deputy Clerk**